FILED
NOV 27 2017
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

CASE
16-324-08

Dear Judge (Grant motion

I Becky Schindler am writing you this letter with my deepest and sincere apology on Jan 24 my Bankruptcy was dismissed due to late clerk payment I did make to the in full please grant motion to Re-open case

Thanks
Becky Schindler