UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re                                          )
                                               )
BECKY A SCHINDLER                              )      Case No. 16-32408
                                               )      Chapter 7/mkp
                                               )
         Debtor(s)                             )

## O R D E R

At South Bend, Indiana on   December 5, 2017

On November 27, 2017, Debtor filed a Motion to Reconsider on the January 24,

2017, Order Dismissing Case, and for just cause shown, the Court does now grant said motion.

It is, therefore, ORDERED that the Order Dismissing Case entered January 24,

2017, is vacated.

The clerk is directed to send a copy of this Order to all creditors and parties in

interest.

                                        _____
                                        Harry C. Dees, Jr., Judge
                                        United States Bankruptcy Court